AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 21-M-6123-01-KGG
INFORMATION ASSOCIATED WITH SNAPCHAT USER NAME: )
"packmahomes369" THAT IS STORED AT PREMISES CONTROLLED BY )
SNAP INC. )
) FILED UNDER SEAL

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Kansas___
*(identify the person or describe the property to be searched and give its location)*:

INFORMATION ASSOCIATED WITH SNAPCHAT USER NAME: "packmahomes369" THAT IS STORED AT PREMISES CONTROLLED BY SNAP INC.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See attachment A

**YOU ARE COMMANDED** to execute this warrant on or before ___July 30, 2021___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___the Honorable Kenneth G. Gale___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___Jul 16, 2021 1000___   ___[signature]___
*Judge's signature*

City and state: ___Wichita, KS___   U.S. Magistrate Judge, Kenneth G. Gale
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 21-M-6123-01-KGG | Date and time warrant executed: 07/22/2021 - 10:20 A.M. | Copy of warrant and inventory left with: Case file - sealed |
| Inventory made in the presence of : DEA SA Erik Brown | | |

Inventory of the property taken and name of any person(s) seized:

- Items included in Attachment B, including but not limited to:
  - Chat logs
  - Videos from Memories
  - Pictures from Memories
  - Pictures from Chat
  - Subscriber information:
    - ➢ E-Mail address, date created, IP address during creation, phone number, display name
  - Recent friends added, deleted, blocked
  - Friends list
  - GPS data from Memories

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/26/2021

STEVE GRECO (Affiliate)
Digitally signed by STEVE GRECO (Affiliate)
Date: 2021.07.26 14:51:53 -05'00'

*Executing officer's signature*

Steve A. Greco, Task Force Officer

*Printed name and title*

## ATTACHMENT A

Information to be disclosed by Snapchat:

Any and all records related to the Snapchat username: **packmahomes369** for the dates of **March 1, 2021 through July 13, 2021**, including but not limited, to the following:

  A. All contact and personal identifying information, including full name, user identification number, birth date, gender, contact email address, Snapchat passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

  B. All associated Snapchat accounts and users which have been identified by way of mechanical or persistent cookie or other means of account/user association;

  C. All identified devices utilized to login to, or otherwise interact the account, to include specific device identifiers such as make, model, and serial number;

  D. All activity logs for the account and all other documents showing the user's posts and other Snapchat activities;

  E. All photos, videos, and audio uploaded by that user and all photos and videos uploaded by any user that have that user tagged in them including story content, chat content, and memories

  F. All metadata, to include Exchangeable Image File Format (EXIF) data, retained by Snapchat for any images, videos, audio, or other files located within the account;

  G. Friends list;

H. All other records of communications and messages made or received by the user, including all private messages, snap history, chat history, video calling history, and pending "Friend" requests;

I. All "check-ins" and other historical location information associated with the user of the device utilized to access the account to include the last known device location (latitude and longitude with any known degree of accuracy expressed in meters);

J. All IP logs, including all records of the IP addresses that logged into the account;

K. All past and present lists of friends created by the account;

L. All records of Snapchat searches performed by the account;

M. The length of service (including start date) and means and source of any payments associated with the service (including an credit card numbers, bank account numbers, or PayPal accounts);

N. All associated advertising IDs;

O. All privacy settings and other account settings, including privacy settings for individual Snapchat users have been blocked by the account; and,

P. All records pertaining to communications between Snapchat and any person regarding the user or the user's Snapchat account, including contacts with support services, complaints or flags for violations of Snapchat terms and content, and records of actions taken.